UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS RAY MORRISSEY, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § § | No. 4:13-cv-02543 |
| v. | § § | JURY TRIAL DEMANDED |
| THE MOMENTA GROUP, LLC d/b/a MOMENTUM FITNESS SOLUTIONS and GRANT MOYER, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING
## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

Plaintiff Marcus Ray Morrissey's Unopposed Motion to Dismiss is GRANTED, and this case is DISMISSED with prejudice to refiling. Each party shall bear its own costs.

SIGNED this __4__ day of __Nov__ in the year 2014 at Houston, Texas.

_____
David Hittner
United States District Judge